Office of the Clerk
UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
P.O. Box 193939
San Francisco, California 94119-3939

Molly C. Dwyer
Clerk of Court

(415) 355-8000

# NOTICE OF APPEARANCE OF COUNSEL or
# RE-ASSIGNMENT OF COUNSEL WITHIN THE SAME OFFICE

**NOTE:** To secure your input, you should print the filled-in form to PDF (File > Print > *PDF Printer/Creator*).

9th Circuit Case Number(s): 12-15957

Case Name: Andrea Resneck, et. al. v. Edmund Bandas, et. al.

The Clerk will enter my appearance as counsel on behalf of: Edmund Bandas

[x] Appellant  [ ] Petitioner  [ ] Amicus Curiae  [ ] Appellant/Cross-Appellee
[ ] Appellee   [ ] Respondent  [ ] Intervenor    [ ] Appellee/Cross-Appellant

[x] Check if you are lead counsel. Lead counsel must be designated if a party is represented by more than one attorney or law firm.

[ ] Re-Assignment. (Optional) This case has been re-assigned to me from another attorney in my office (for ex., the Federal Public Defenders Office, OIL, or a law firm). Enter name of counsel you are replacing below.

I am replacing (name of counsel): Edmund Bandas, Pro Se

Signature (use "s/" format): /s/ Christopher A. Bandas     Date: 5/22/2012

Name: Christopher A. Bandas

Address: 500 N. Shoreline, Ste. 1020

City: Corpus Christi    State: Texas    Zip Code: 78401-0353

Phone Number (including area code): (361) 698-5200