

# BERMAN DEVALERIO

August 27, 2013

**<u>Via ECF</u>**

Molly Dwyer
Office of the Clerk
U.S. Court of Appeals for the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

      Re:    *In re Online DVD Rental Antitrust Litigation*, Case No. 12-15705, consolidated with Case Nos. 12-15889, 12-15957, 12-15996, 12-16010, and 12-16038

Dear Ms. Dwyer,

    Pursuant to the Court's Notice dated August 23, 2013, Plaintiff-Appellees Bryan Eastman, Amy Latham, Stan Magee, Melanie Miscioscia, Michael Orozco, Andrea Resnick, Lisa Sivek, and Michael Wiener filed their Supplemental Excerpts of Record today via ECF. Plaintiff-Appellees originally served the Court and counsel of record with paper copies of their Excerpts on October 9, 2012.

                                          Respectfully submitted,

                                          Stephanie Raney
                                          Paralegal

